"Whether probate estate proceedings are 'special proceedings' as that term is defined in R.C. 2505.02(A)(2)."

F.E. SWEENEY, J., dissents.

The conflict case is *In re Estate of Knauff* (May 27, 1997), Adams App. No. 96CA623, unreported, 1997 WL 305232.

**00–1329. Rolf v. Tri State Motor Transit Co.**

Certified State Law Question, No. 3:99CV7687. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court will answer the certified question:

"Can emancipated adult children maintain a claim under Ohio law for the loss of consortium caused by injuries to a parent?"

LUNDBERG STRATTON, J., dissents.

**00–1391. State v. Steward.**

Crawford App. No. 3–98–16. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**00–1393. State v. Irizarry.**

Lorain App. No. 99CA007503. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.

**00–1397. State v. Steele.**

Hamilton App. No. C–990102. On motion for leave to file delayed appeal. Motion denied.

**00–1425. State v. Chu.**

Cuyahoga App. No. 75689. On motion for leave to file delayed appeal. Motion denied.

RESNICK, J., not participating.

**00–1436. State v. Carlton.**

Fairfield App. No. 95CA0016. On motion for leave to file delayed appeal. Motion denied.

**00–1438. State v. Edmonson.**

Montgomery App. No. 18061. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the following issue found at page 1 of the Order Certifying Record filed July 25, 2000:

"The rule of law upon which the conflict exists is whether in a prosecution of theft by deception of welfare benefits, is the value of property for R.C. 2913.02(B) purposes the *total* amount of the benefits received or only the amount of benefits as a result of the deception that would not have been received had truthful information been provided?"

F.E. SWEENEY, J., dissents.

The conflict case is *State v. Luna* (1994), 94 Ohio App.3d 653, 641 N.E.2d 747.

**00–1443. State v. Tart.**

Cuyahoga App. No. 76223. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**00–1453. State v. Higgins.**

Clermont App. No. CA99–07–068. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**00–1464. State v. Colvin.**

Auglaize App. No. 2–98–17. On motion for leave to file delayed appeal. Motion denied.

**00–1495. State v. Luipold.**

Erie App. No. E–99–037. On motion for stay of court of appeals' judgment. Motion granted.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**00–1539. Miller v. Ohio Bur. of Emp. Serv.**

Butler App. No. CA99–11–189. On motion for stay of court of appeals' judgment. Motion denied.

RESNICK, J., dissents.